IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD J. COPPOLA, JR.           :        CIVIL ACTION
                                  :
        v.                        :
                                  :
AMERICAN HERITAGE FEDERAL         :        NO. 25-6324
CREDIT UNION                      :

ORDER

AND NOW, this 11th day of March 2026, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1)  The motion of the defendant American Heritage Federal Credit Union to compel arbitration (Doc. # 10) is GRANTED;

(2)  The action shall be stayed pending the resolution of arbitration proceedings;

(3)  Plaintiff's motion for clerk's entry of default (Doc. # 20) is DENIED; and

(4)  All other pending motions (Doc. # 13, Doc. # 16, Doc. # 19, and Doc. # 30) are DENIED without prejudice.

BY THE COURT:

/s/  Harvey Bartle III
                                                    J.